IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL SHELTON HARRIS,

    Plaintiff,

v.                                                                 No. 19-cv-0871 RB/SMV

SHANE FERRARI and TOM HAVEL,

    Defendants.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court sua sponte. Plaintiff has submitted a civil rights Complaint. [Doc. 1]. The Court determines that Plaintiff's submission is deficient because he has not paid the $400 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must cure this deficiency within 30 days from entry of this Order by *either* paying the full $400 civil filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the six-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2) (2018). Failure to cure the designated deficiency within 30 days from entry of this Order may result in dismissal of this action without further notice.

**IT IS ORDERED** that no later than **November 1, 2019,** Plaintiff *either* pay the full $400 civil filing fee *or* submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the six-month period immediately preceding this filing; and the Clerk is directed to mail to Plaintiff a copy of this Order

and two copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**